UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEAN ERLING,<br><br>            Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | CASE NO. 2:21-cv-01246-RAJ<br><br>**~~PROPOSED~~ ORDER OF DISMISSAL** |

The Court has reviewed the report and recommendation and the record and hereby ORDERS:

1. The report and recommendation is adopted.

2. The case is dismissed without prejudice.

3. A copy of this order shall be provided to Plaintiff.

DATED this 20th day of January, 2022.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

PROPOSED ORDER OF DISMISSAL - 1